UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-0798 (PLF) |
| ALL ASSETS HELD AT BANK JULIUS Baer & Company, Ltd., Guernsey Branch, account number 121128, in the Name of Pavlo Lazarenko et al., | ) | |
| Defendants In Rem. | ) | |

ORDER

For the reasons set forth in the accompanying Opinion, it is hereby

ORDERED that the United States' Motion for Summary Judgment to Strike Pavel

Lazarenko's Claims to All Defendant Assets Held in Switzerland and Lithuania [Dkt. No. 1317]

is GRANTED; and it is

FURTHER ORDERED that claimant Pavel Lazarenko's Cross-Motion to Dismiss

the Lithuanian and Swiss Res or, in the Alternative, for Partial Summary Judgment [Dkt.

No. 1356] is DENIED.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 8|4|23